**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dorothy Weigman, | No. CV-22-02112-PHX-DWL |
| Plaintiff, | **ORDER** |
| v. | |
| Ed Wertz, et al., | |
| Defendants. | |

On August 10, 2023, Plaintiff filed a document entitled "Ex Parte – Response to Rule 26 Order; Motion for Lehn's Answer Stricken; As Not Sent in Time; Also Lacks Timing and Accuracy Proving Mirrored Cases Motion for Default Judgment with Richard Lehn, [illegible text] Several Summons Omitted Motion for Default Judgment with Linda Rold and Andrew Struve As They Have Not Sent In a Timely Answer." (Doc. 47.) The motion was composed of largely unintelligible and seemingly unrelated typed sentences, heavily revised with handwritten editing between the lines. Various unrelated exhibits were appended, such that the document in total consisted of 99 pages. The motion contained the words "petitioner moves for a default judgment with Andrew Struve, and Linda Rold." (*Id.* at 3.)

The Clerk interpreted this motion as an application to enter default against Andrew Struve and Linda Rold and entered default against them. (Docs. 48, 49.)[1] Nevertheless, it appears to the Court that service was never effected as to Linda Rold. Plaintiff submitted

---

[1] The original entry of default contains the caption and case number for a different case (Doc. 48), so an amended entry of default issued. (Doc. 49.)

as proof of service an affidavit from a process server attesting that he was "unable to effect process upon the person/entity being served" and listing unsuccessful service attempts. (Doc. 35 at 2.) Thus, entry of default as to Linda Rold must be vacated.

The original service deadline in this case was May 3, 2023 (Doc. 13), and upon Plaintiff's motions, the deadline was extended to June 5, 2023 (Doc. 16), then to July 5, 2023 (Doc. 22), and then again to August 7, 2023 (Doc. 34).

On August 15, 2023, Defendants Paul Jacobsen, Jeff Vanderveen, Ed Wertz, Victoria Lee Wertz, David Berscheur, and Kim Rene Hubbard were dismissed for failure to serve. (Doc. 50.)

On August 17, 2023, the Court ordered that, to the extent Plaintiff's August 10, 2023 motion was intended to be a motion to strike and a motion for default judgment, the motions were denied. (Doc. 51.) The Court ordered Plaintiff, for a third time (see Doc. 13 at 6, Doc. 22 at 1-2), to familiarize herself with the federal and local rules. (*Id.*) The Court further ordered that "Plaintiff shall file only 'final drafts,' as opposed to working drafts filled with her own proposed revisions and editing marks." (*Id.*)

On August 18, 2023, Plaintiff filed a fourth motion to extend the service deadline. (Doc. 52.) Once again, this motion is a typed working draft filled with handwritten revisions and editing marks, in violation of the Court's August 17, 2023 order.[2] The motion conforms to Plaintiff's pattern of filing incomprehensible motions, paired with voluminous unrelated exhibits. Plaintiff has not established good cause for further extending the already-lapsed service deadline. The motion is denied.

Because Linda Rold was not served before the August 7, 2023 service deadline elapsed, she shall be terminated from this action.

Finally, Plaintiff is warned that failure to adhere to the Court's orders—including the order to read and follow the federal and local rules and the order to submit only final drafts that do not contain handwritten revisions—may result in sanctions, including dismissal of this action.

---

[2] The Court's orders are immediately accessible to Plaintiff electronically and notices of the orders are emailed to her.

1  Accordingly,

2  **IT IS ORDERED** that entry of default as to Linda Rold (Doc. 49) is **vacated**.

3  **IT IS FURTHER ORDERED** that Linda Rold is **dismissed** for failure to serve.

4  **IT IS FURTHER ORDERED** that Plaintiff's belated motion to extend the service
5  deadline (Doc. 52) is **denied**.

6  **IT IS FURTHER ORDERED** reiterating that Plaintiff must read and follow the
7  federal and local rules and shall submit only final drafts that do not contain handwritten
8  revisions.  **<u>Failure to follow this order may result in dismissal of this action</u>**.

9  Dated this 21st day of August, 2023.

_____
Dominic W. Lanza
United States District Judge